IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00232-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO PERALES RODRIGUEZ,

    Defendant.

## ORDER ON BOND

Defendant requests release on bond. The Court held a hearing in this matter on June 16, 2011 and took the matter under consideration.

The Court has considered the arguments of counsel, the evidence produced at the hearing, and the Court's file (including several Pretrial Services reports). The Court believes that conditions can be imposed that will reasonably assure (1) Defendant's presence at future Court proceedings and (2) the safety of the community. Thus, the Court finds that Defendant has overcome the presumption of detention imposed by Congress here. The Court will impose the conditions recommended by Pretrial Services in addition to placement at a halfway house in the Denver metropolitan area.

Important to the Court's consideration was the Defendant's complete lack of criminal history. Greater than 95% of defendants charged with similar crimes have a marked criminal history, including juvenile violations. Moreover, Defendant's cooperation during the traffic stop underlying his arrest is of some relevance. The United States points out that Defendant's girl friend resides in Mexico, but I do not believe that this alone creates a palpable risk that the Defendant, a

United States citizen facing his first offense, will flee to Mexico, especially at Defendant's age, with so many years of expected life and so much to live for. United States also points to the Defendant's lack of ties to Colorado, which is a relevant factor, but with placement at a halfway house and supervision by the United States Probation Office (USPO), and with my admonition to the USPO that I be informed of any violations of Defendant's conditions of release, I believe there are less restrictive means than detention that will accomplish the goals set out by Congress.

SO ORDERED.

DATED and ENTERED this 16th day of June, 2011, in Denver, Colorado.

By the Court:

S/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge