**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE William J. Martínez**

Criminal Action No. 11-cr-00232-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Pedro Perales Rodriguez,

    Defendant.

---

**ORDER EXONERATING BOND**

---

The Court has granted a government motion to voluntarily dismiss the Indictment against the Defendant.  As a result, all the conditions of an appearance bond imposed by the Court as a pretrial matter to secure the Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

**ORDERED** that the bail funds or property deposited into the registry of the Court shall hereby be released by the Clerk of the Court, or a designated Deputy, to the surety or the Defendant.

Dated this 1st day of July, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge